FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEXIS ROCHA, a married woman,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ASURION, LLC, a foreign limited liability company,<br><br>　　　　　　　　　Defendant. | NO: 2:24-CV-0017-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice. ECF No. 28. The parties agree that all of the claims and causes of action against Defendant in the above-captioned case be dismissed with prejudice and without costs or attorneys' fees to either party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Stipulated Motion for Dismissal with Prejudice, ECF No. 28, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or attorneys' fees to either party.

3. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal with Prejudice, furnish copies to counsel, and **CLOSE** the file.

DATED October 2, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2